# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 72 WAL 2015
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. : 
: 
: 
: 
FREDERICK J. MANGONE, : 
: 
               Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.